UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KENNETH D. LOMACK, SR.,

Plaintiff,

v.

RAINEY JACOBSON,

Defendant.

No. 2:25-cv-01440-TLN-SCR

**ORDER**

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 1, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 7.) Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 1, 2026 (ECF No. 7) are ADOPTED in full;

2. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is DENIED;

3. Plaintiff's complaint is DISMISSED without prejudice and without leave to amend for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1); and

4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATE: September 8, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE